IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| DIANE L. McCARTHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 5:20-CV-00085-TTC |
| ) | |
| SYSCO VIRGINIA, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Diane L. McCarthy, and Defendant, Sysco Virginia, LLC, by and through their undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the entire action and all claims in Plaintiff's Complaint are hereby dismissed with prejudice as to future action, with each party to bear their respective costs, expenses and attorneys' fees.

Agreed and stipulated this 30th day of April, 2021.

By:  s/Timothy E. Cupp
Timothy Earl Cupp (VSB No. 23017)
Shelley Cupp Schulte, P.C.
1951-D Evelyn Byrd Avenue
PO Box 589
Harrisonburg, VA 22801
540-432-9988
Email: cupp@scs-work.com
Fax: 804-278-9634

Tim Schulte (VSB No. 41881)
Shelley Cupp Schulte, P.C.
2020 Monument Ave.
Richmond, VA 23220
804-644-9700

Email: schulte@scs-work.com
Fax: 804-278-9634
*Counsel for Plaintiff*


SYSCO VIRGINIA, LLC

By: s/David E. Nagle
David E. Nagle (VSB No. 20571)
Kevin D. Holden (VSB No. 30840)
D. Paul Holdsworth (VSB No. 89258)
Jackson Lewis P.C.
701 E. Byrd St., 17th Floor
Richmond, VA 23219
Telephone:  (804) 649-0404
Facsimile:  (804) 649-0403
David.Nagle@jacksonlewis.com
Kevin.Holden@jacksonlewis.com
Paul.Holdsworth@jacksonlewis.com
*Counsel for Defendant*

## CERTIFICATE

    I hereby certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of electronic filing (NEF) to all counsel of record as set forth above.

                                                                                            _____
                                                                                            Timothy E. Cupp